Robert H. Holmes, Plaintiff-Appellant, v. John Clay & Company, Defendant-Appellee.

Gen. No. 62–F–25.

Fourth District.

April 19, 1962.

Trafton Dennis, of Harrisburg, for appellant; Sam S. Pessin, of Belleville, for appellee. Opinion by JUDGE SCHEINEMAN. Not to be published in full.